IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:98-CV-767-BO

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DWIGHT L. HILL, SR., *et al.*, )<br>)<br>Defendants. ) | ORDER |

This matter is before the Court on a pro se motion filed by Dwight Hill regarding emergency process for help related to loss of his home. [DE 67]. Mr. Hill alleges that the undersigned has been appointed his guardian related to an award received by Mr. Hill of ninety-eight million dollars. The request by Mr. Hill appears to have no basis in law or fact and is denied.

This case has been closed since entry of an order of dismissal on March 8, 2002. Mr. Hill is notified that the Court will not continue to respond to future baseless filings made in this case.

SO ORDERED, this 31 day of May, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE